UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ARNOLD MANN,** ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Probation contained in a pro se letter (#270). In that letter, Mr. Mann represents that "[t]his note is being written with the blessing of my Probation Officer, Mr. Jake Bookard …." The same day that the request was filed, the Court contacted USP Officer Bookard, who also advised that same day that he was no longer defendant's supervising officer and that such inquiry would be sent on to defendant's new supervising officer, USP Officer Earle. Despite the passage of a week, the Court has not received any positive report from Officer Earle. Based on the Court's review, it cannot be concluded that probation supports this request. Absent a verifiable record of success while on probation and some indicia of support from probation, such request will be denied without prejudice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Probation (#270) is **DENIED** without prejudice.

Signed: January 19, 2017



Max O. Cogburn Jr.
United States District Judge